ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JEAN M. TURK (#131517)
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Tel: (415) 977-8935
    Fax: (415) 744-0134
    Email: jean.turk@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| FAAUMA M. VITO,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br>    Defendant. | CV 08-1426 FFM<br><br><u>JUDGMENT FOR PLAINTIFF</u> |

The Court having approved the stipulation of the parties to reopen this case for the purpose of entering judgment for Plaintiff, the Court hereby grants judgment for Plaintiff.

DATE: September 20, 2010

      /S/ FREDERICK F. MUMM
    FREDERICK F. MUMM
    United States Magistrate Judge