**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Faauma Vito

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAAUMA VITO,<br><br>    Plaintiff,<br><br>    v<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. SACV08-1426 FFM<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of TWO THOUSAND THREE HUNDRED DOLLARS and NO CENTS ($2,300.00) for attorney fees and THREE HUNDRED SIXTY NINE DOLLARS and THIRTY CENTS ($369.30) for costs, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: October 14, 2010

                                   /S/ FREDERICK F. MUMM
                                   THE HONORABLE FREDERICK F. MUMM
                                   UNITED STATES MAGISTRATE JUDGE